UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: Nov. 15, 2019
```

VLADIMIR GOROKHOVSKY and
IGOR KAIUROV,

                       Plaintiffs,

-against-

ELEANORA STEFANTSOVA,

                       Defendant.

**ORDER**
19-CV-8101 (ER)

EDGARDO RAMOS, United States District Judge:

      On August 29, 2019, Vladimir Gorokhovsky, a lawyer representing himself, and Igor Kaiurov, a *pro se* plaintiff (collectively, "Plaintiffs"), jointly filed a complaint against Eleanora Stefantsova ("Defendant").  Doc. 1.  On October 17, 2019, Plaintiffs filed a motion asking the Court for leave to issue a summons, as they allegedly served a waiver of service on Defendant and she did not respond.  Doc. 10.  The request is DENIED.  Plaintiffs are directed to review the Electronic Case Filing Rules & Instructions for the Southern District of New York concerning the issuance of summonses.

      The Clerk of the Court is respectfully directed to terminate the motion, Doc. 10.

      It is SO ORDERED.

Dated:  November 15, 2019
           New York, New York

                                                                      Edgardo Ramos, U.S.D.J.