UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VLADIMIR M. GOROKHOVSKY, and
IGOR KAIUROV,

                Plaintiffs,

-against-

ELEANORA STEFANTSOVA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/2020

1:19-cv-08101

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Complaint in this action was filed on August 29, 2019 [ECF #1]. Plaintiffs unsuccessfully have tried to secure summonses for the Defendant multiple times [ECF #13, 15, 16]. No additional request for a summons has been filed since January 2020. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued for failure to prosecute without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **June 10, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

**Date: May 11, 2020**
      **New York, NY**

                                              _____
                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**