```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VLADIMIR M GOROKHOVSKY, and IGOR KAIUROV,

          Plaintiffs,

-against-

ELEANORA STEFANTSOVA,

          Defendant.

1:19-cv-08101-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    This action having been commenced on August 29, 2019, by the filing of a Complaint [ECF No. 1], and an Amended Complaint having been filed October 27, 2019 [ECF No. 11], and a copy of the Summons and Amended Complaint having been served on Defendant Eleanora Stefantsova on May 18, 2020, and proof of such service having been filed on June 4, 2020 [ECF No. 23], and Defendant not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired, and Plaintiffs having moved for entry of default judgment on November 27, 2020 [ECF No. 31], it is HEREBY ORDERED that the Parties will appear at a Default Judgment Hearing on **September 8, 2021 at 11:30AM.** The Hearing will be held telephonically. To join the Hearing, dial 888-278-0296 and enter access code 5195844.

    It is FURTHER ORDERED that Plaintiffs must serve this Scheduling Order and another copy of all papers in support of Plaintiffs' motion on Defendant on or before **August 19, 2021.** Proof of service must be filed on the ECF docket by August 20, 2021.

**SO ORDERED.**

**Dated: August 11, 2021**
       **New York, New York**

*Mary Kay Vyskocil*
HON. MARY KAY VYSKOCIL
**United States District Judge**

1