UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VLADIMIR M. GOROKHOVSKY and IGOR KAIUROV,

                    Plaintiffs,

-against-

ELEANORA STEFANTSOVA,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/2021

1:19-cv-08101-MKV

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

      The Court is in receipt of a letter filed by Plaintiff Gorokhovsky [ECF No. 37] informing the Court that he wishes to reschedule the hearing on his Motion for Default Judgment. This letter raises questions with respect to personal jurisdiction that previously had not been raised. Specifically, the letter states that Defendant has residential addresses in both the United States and the Russian Federation. [ECF No. 37 ¶ 9]. This Court cannot entertain this case if it lacks general or specific jurisdiction over the Defendant. Additionally, Plaintiff expresses that he wishes to file new evidence that was not submitted with his original Motion for Default Judgment.

      Accordingly, IT IS HEREBY ORDERED that the Motion for Default Judgment at ECF No. 31 is denied without prejudice. The Plaintiffs are directed to file supplemental information with respect to personal jurisdiction over the Defendant if they chose to refile. The conference scheduled for September 8, 2021 is hereby adjourned.

**SO ORDERED.**

Date: August 16, 2021
New York, NY

                                        _/s/ Mary Kay Vyskocil_
                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**