```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VLADIMIR M. GOROKHOVSKY, and
IGOR KAIUROV,

                Plaintiffs,

-against-

ELEANORA STEFANTSOVA,

                Defendant.

1:19-cv-08101-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On December 7, 2022, the Court issued an order denying Plaintiffs' Motion for Default Judgment. ECF No. 49. In so doing, the Court ordered that "Plaintiffs shall have 30 days from the date of this Order to amend the Amended Complaint. In the absence of any such amendment within the 30 days or any extension of time thereafter granted by the Court, the Court will close the case." ECF No. 49. To date, Plaintiffs have not amended the Amended Complaint or requested any extensions.

Accordingly, the Clerk of Court respectfully is requested to close the case.

**SO ORDERED.**

Date:  **January 10, 2023**
         **New York, New York**

                                                      *Mary Kay Vyskocil*
                                             **MARY KAY VYSKOCIL**
                                             **United States District Judge**